**No. 56738.**—Chicago Macaroni Co. of N. Y., Inc. *v.* United States, protest 180937–K (New York).

Opinion by Johnson, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found. The protest was sustained to this extent.

**No. 56739.**—Fred B. Cooper Co., Inc., and F. J. Benkart & Co., Inc. *v.* United States, protest 180048–K (New York).

Opinion by Johnson, J. It was stipulated that the issue and merchandise herein are the same in all material respects as those involved in *Axel Stokby et al.* v. *United States* (4 Cust. Ct. 343, C. D. 358), except that in the liquidation of the entries covered by the instant protest, an allowance was made for gelatinous substance equal to 10 percent of the content of the tins, whereas there should have been a larger percentage allowed for the gelatinous substance. In accordance with stipulation of counsel and following the decision cited, the merchandise was held dutiable at $3\frac{1}{4}$ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the cans, less such percentage allowance for the gelatinous substance contained in the respective tins, as set forth in the decision.

**No. 56740.**—Hudson Shipping Co., Inc., and Inter-Maritime Forwarding Co., Inc. *v.* United States, protests 176348–K and 177910–K (D) (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56741.**—Barclay Home Products, Inc., et al. *v.* United States, protests 177478–K (A), etc. (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56742.**—East West Merchandise Co. et al. *v.* United States, protests 178929–K, etc. (New York).

Opinion by Johnson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.